USDC SCAN INDEX SHEET










```
JAH     6/20/05    9:14
3:04-CR-01000   USA V. LE
*145*
*CRMDFT.*
```

Stephen R. Brodsky, SBN 137848
Attorney at Law
1010 Second Avenue, Suite 2300
San Diego, CA 92101
(619) 231-2151

Attorney for Defendant, JAMES HOA LE

FILED

05 JUN 17 PM 2: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HOA LE,<br><br>Defendant | Case No.: 04cr1000-IEG<br><br>**NOTICE OF MOTION AND MOTION TO SUPPRESS ELECTRONIC SURVEILLANCE EVIDENCE**<br><br>8/12/05<br>1:30 pm<br>01 |

TO: CAROL C. LAM, UNITED STATES ATTORNEY, and EDWARD WEINER, ASSISTANT U.S. ATTORNEY.

PLEASE TAKE NOTICE that on August 8, 2005, at 1:30 p.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Irma E. Gonzalez, defendant JAMES HOA LE, by and through his counsel STEPHEN R. BRODSKY, will move this Court for an order to suppress all direct and derivative evidence obtained as a result of the electronic surveillance.

## MOTION

Pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Rule 12 of the Federal Rules of Criminal Procedure, and Title 18, United States Code, section 2510 et seq., defendant JAMES HOA LE, by and through his attorney STEPHEN

04cr1000

NOTICE OF MOTION AND MOTION TO SUPPRESS - 1

R. BRODSKY, hereby moves this Court for an Order suppressing illegally obtained electronic surveillance evidence, as more particularly set forth in the attached Memorandum of Points and Authorities.

This motion is made on the grounds that the electronic surveillance lacked necessity and the affidavits contained material omissions and misstatements requiring a *Franks* evidentiary hearing.

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the files and records in this case, and on any and all other matters that may be presented to the Court prior to or at the time of the hearing of this motion.

Dated: 06/17/05

　　　　　　　　　　　　　　　　　　　STEPHEN R. BRODSKY
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Stephen R. Brodsky, SBN 137848
Attorney at Law
1010 Second Avenue, Suite 2300
San Diego, CA 92101
(619) 231-2151

Attorney for Defendant, JAMES HOA LE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HOA LE,<br><br>    Defendant | Case No.: 04cr1000-IEG<br><br>CERTIFICATE OF SERVICE BY U.S. MAIL |

IT IS HEREBY CERTIFIED THAT:

I, Diana Sinohui, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 1010 Second Avenue, Suite 2300, San Diego, California, 92101; I am not a party to the above-entitled action; and

On June 17, 2005, I sent, by U.S. MAIL, a copy of DEFENDANT JAMES HOA LE'S NOTICE OF MOTION TO SUPPRESS ELECTRONIC SURVEILLANCE EVIDENCE and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS ELECTRONIC SURVEILLANCE EVIDENCE to:

///

///

///

04cr1000

1 | Assistant U.S. Attorney Edward Weiner at Federal Office Building, 880 Front Street, Room
2 | 6293, San Diego, California, 92101-8893.
3 |     I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed this 17th day of June, 2005.

*/s/ Diana Sinohui*
Diana Sinohui

04cr1000

CERTIFICATE OF SERVICE - 2